IN RE:

KDP BELLEFONTE, INC.
FDBA GAMBLE MILL RESTAURANT &
MICROBREWERY

CHAPTER 11

CASE NO.: 4:16-bk-0054-JJT

Debtor(s)

771 Walnut Spring Lane
State College, PA 16801

26-1193384

## ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT

**To the debtor, creditors, and other parties in interest:**

      A disclosure statement and plan under chapter 11 of the Bankruptcy Code was filed by KDP Bellefonte, Inc. on September 23, 2016

**IT IS ORDERED AND NOTICE IS GIVEN THAT:**

      1. The hearing to consider approval of the disclosure statement will be held in the U.S. Courthouse, Third Floor, Courtroom #3, 240 West Third Street, Williamsport, Pennsylvania, on November 4, 2016 at 10:00 a.m.

      2. The following date is fixed for filing and serving in accordance with Federal Rules of Bankruptcy Procedure 3017(a) written objections to the disclosure statement: October 31, 2016

      3. Within seven (7) days after entry of this order, the disclosure statement and plan shall be distributed in accordance with Federal Rule of Bankruptcy Procedure 3017(a).

      4. Requests for copies of the disclosure statement and plan should be directed to Debtor's counsel at the following address:

Donald M Hahn
Stover McGlaughlin Gerace et al
122 East High Street
PO Box 209
Bellefonte, PA 16823

Dated: September 26, 2016

By the Court,

*John J. Thomas, Bankruptcy Judge*
(TW)

Initial requests for a continuance of hearing ( L.B.F. 9013-4, Request to Continue Hearing/Trial with Concurrence) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion. Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074-1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering.