UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: 4-16-00543
KDP BELLEFONTE, INC., :
: Chapter 11
    Debtor-in Possession :

## ORDER

AND NOW, upon consideration of the First and Interim Application of Stover, McGlaughlin, Gerace, Weyandt & McCormick, P.C., Attorneys for Debtor, for Compensation, notice having been mailed to all creditors and parties in interest of the within estate, and no objections having been timely filed thereto, it is accordingly,

ORDERED that debtor's counsel is allowed the sum of $5,386.50 for professional services rendered and $1,717.00 for reimbursement for actual and necessary expenses incurred by it for a total allowance of $7,103.50, from December 9, 2015, through June 15, 2016, in this case.

Dated: September 28, 2016

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)