```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                           Case No. 16-00543-JJT
KDP Bellefonte, Inc.                                             Chapter 11
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-4          User: TWilson              Page 1 of 1            Date Rcvd: Oct 07, 2016
                              Form ID: ntfp              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2016.
              +Gregory Schiller, Esquire,    228 Walnut Street,    Suite 1190,    Harrisburg, PA 17101-1722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2016                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 7, 2016 at the address(es) listed below:
              Brenda Sue Bishop    on behalf of Creditor    PA Department of Revenue bbishop@attorneygeneral.gov,
               RA-occbankruptcy6@state.pa.us;vcaggiano@attorneygeneral.gov;rroberts@attorneygeneral.gov
              Christopher Theodore Michelone    on behalf of Creditor    Kish Bank ctmichelone@mqblaw.com
              Donald M Hahn    on behalf of Plaintiff    KDP Bellefonte, Inc. dhahn@nittanylaw.com,
               info@nittanylaw.com
              Donald M Hahn    on behalf of Debtor    KDP Bellefonte, Inc. dhahn@nittanylaw.com,
               info@nittanylaw.com
              Joshua I Goldman    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

ntfp(06/16)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

KDP Bellefonte, Inc.
fdba Gamble Mill Restaurant & Microbrewery

Chapter 11

Case number 4:16–bk–00543–JJT

**Debtor(s)**

## Notice To Filing Party

**Please take notice that:**

There was a discrepancy noted between the data entered in CM/ECF and what is shown on the pdf image attached to docket entry **#50**. **Please file the Objection to Debtors Motion and Complaint to Sell Property of the Estate Free and Clear of Liens in Adversary case 4:16–ap–00111–JJT**. Failure to refile or amend your document may result in a delay in processing this matter.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>197 S Main St, Wilkes–Barre, PA 18701 OR<br>PO Box 908, Harrisburg, PA 17108<br>570–831–2500/717–901–2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: TWilson |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 7, 2016 |