IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | 4-16-00543 |
| KDP BELLEFONTE, INC., | : | |
| | : | Chapter 11 |
| Debtor-in Possession | : | |

CERTIFICATE OF SERVICE

I hereby certify that, on September 6, 2017, I served the Third and Interim Application for Compensation, with proposed Order and Notice, upon the person(s) and in the manner indicated below:

Service by ECF Notice as Follows:

Anne Fiorenza, Esquire
Assistant United States Trustee

I hereby certify that, on September 6, 2017, I served Notice of the Third and Interim Application for Compensation upon the person(s) and in the manner indicated below:

Service by First-Class Mail, Postage Prepaid, as Follows:

See attached mailing matrix

DATED this _4th_ day of _October_____, A.D., 20_17_.

/s/ Donald M. Hahn_____