```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-00543-JJT
KDP Bellefonte, Inc.                                                Chapter 11
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-4        User: TWilson            Page 1 of 1            Date Rcvd: Oct 11, 2017
                            Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2017.
db              +KDP Bellefonte, Inc.,    771 Walnut Spring Lane,    State College, PA 16801-6568

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2017 at the address(es) listed below:
              Brenda Sue Bishop    on behalf of Creditor    PA Department of Revenue bbishop@attorneygeneral.gov,
               ARC-Court-MiddleDistrict@attorneygeneral.gov;RA-occbankruptcy6@state.pa.us
              Christopher Theodore Michelone    on behalf of Creditor    Kish Bank ctmichelone@mqblaw.com
              D Brian Simpson    on behalf of Defendant    United States Department of the Treasury
               USAPAM.Bankr-WilkesBarre@usdoj.gov,    CaseView.ECF@usdoj.gov
              D Brian Simpson    on behalf of Defendant    United States Small Business Administration
               USAPAM.Bankr-WilkesBarre@usdoj.gov,    CaseView.ECF@usdoj.gov
              Donald M Hahn    on behalf of Plaintiff    KDP Bellefonte, Inc. dhahn@nittanylaw.com
              Donald M Hahn    on behalf of Debtor    KDP Bellefonte, Inc. dhahn@nittanylaw.com
              Gregory Benjamin Schiller    on behalf of Service Addressee Anne  Fiorenza
               Gregory.B.Schiller@usdoj.gov,    ustpregion03.ha.ecf@usdoj.gov
              Joshua I Goldman    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    USAA Federal Savings Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: 4-16-00543
KDP BELLEFONTE, INC., :
: Chapter 11
        Debtor-in Possession :

## ORDER

AND NOW, upon consideration of the Third and Interim Application of Stover, McGlaughlin, Gerace, Weyandt & McCormick, P.C., Attorneys for Debtor, for Compensation, notice having been mailed to all creditors and parties in interest of the within estate, and no objections having been timely filed thereto, it is accordingly,

ORDERED that counsel is allowed the sum of $3,062.50 for professional services rendered and $0.00 for reimbursement for actual and necessary expenses incurred by it for a total allowance of $3,062.50, from December 15, 2016, through June 15, 2017, in this case; and it is further

ORDERED that any payment on the aforesaid allowance be made either (i) concurrently with or (ii) subsequently to, but not prior to, the curing of the delinquency owed to the United States Trustee on account of unpaid quarterly fees, however much it may be at that time.

Dated: October 11, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)