

**Stover McGlaughlin**
Attorneys & Counselors at Law

Bellefonte
122 East High Street
Bellefonte, PA 16823
T: 814 355 8235
F: 814 355 1304

State College
919 University Drive
State College, PA 16801
T: 814 231 1850
F: 814 231 1860

*Please reply to:*
*Bellefonte Office*

January 16, 2018

<u>Via electronic case filing only to:</u>

Terry Miller, Clerk
U.S. Bankruptcy Court

   RE: KDP Bellefonte, Inc., Bkcy-Atty
      Case No. 4-16-00543, Chapter 11
      KDP Bellefonte v. Centre County
      Adv. No. 4-17-00156

Dear Mr. Miller:

  For your information, Debtor KDP Bellefonte, Inc., changed its mailing address to the following:

      771 Walnut Spring Lane
      State College, PA 16801.

  Thank you for your attention to this matter. If you have any questions or comments, please do not hesitate to contact me.

        Very truly yours,

        Donald M. Hahn

DMH:lchgadd.wp
cc: Client

Jeffrey W. Stover | Ronald S. McGlaughlin | Donald M. Hahn
Reed McCormick | Tonia M. Torquato | Susan E. Bardo | Amanda L. Bernier  www.nittanylaw.com | info@nittanylaw.com

Case 4:16-bk-00543-JJT Doc 88 Filed 01/18/18 Entered 01/18/18 11:48:15 Desc
Main Document Page 1 of 1