IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| KDP BELLEFONTE, INC., | : | |
| | : | DOCKET NO.: 4-16-00543 |
| DEBTOR | : | |

NOTICE OF APPEARANCE AND DEMAND
FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that the undersigned counsel appears for the Commonwealth of Pennsylvania, Department of Revenue, a creditor in the above-captioned matter, and, pursuant to Bankruptcy Rule 2002, respectfully requests that all notices, papers, documents, or correspondence, including but not limited to notices, motions, plans/amended plans, or orders, that are required to be given and/or served in this case, be given to and served upon the undersigned counsel at the following address:

>Pennsylvania Department of Revenue
>Office of Chief Counsel
>P.O. Box 281061
>Harrisburg, PA 17128-1061
>Attn: Jim Peavler, Esq.

Respectfully submitted by,

DATE: March 27, 2018

/s/ Jim Peavler
Jim Peavler
Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA I.D. # 320663
Phone: 717-787-2747
Facsimile: 717-772-1459