IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 11 |
| KDP BELLEFONTE INC. | : CASE NO. 16-00543 JJT |
| DEBTOR | : NOTICE OF APPEARANCE |
| | : RELATED TO DOCKET NO. 92 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S NOTICE OF APPEARANCE

I, Jim Peavler certify under penalty of perjury that I served the above captioned pleading Notice of Appearance and Demand for Service of Papers on the parties at the below addresses, on March 27, 2018.

**16-00543 JJT Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ha.ecf@usdoj.gov

Brenda S. Bishop at bbishop@attorneygeneral.gov, arc-court-middledistrict@attorneygeneral.gov, ra-occbankruptcy6@stat.pa.us

Joshua I. Goldman at bkgroup@kmllawgroup.com

Donald M. Hahn at dhahn@nittanylaw.com

Christopher T. Michelone at ctmichelone@mqblaw.com

Kevin J. Petak at kpetak@spencecuster.com, gbivens@spencecuster.com, mskunta@spencecuster.com, skosis@spencecuster.com

Thomas I. Puleo at tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

Gregory B. Schiller at Gregory.B.Schiller@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov

D. Brian Simpson at USAPAM.Bankr-WilkesBarre@usdoj.gov, CaseView.ECF@usdoj.gov

**16-00543 JJT Notice will not be electronically mailed to:**

CSU – OUCTS
DEPARTMENT OF LABOR AND INDUSTRY
651 BOAS STREET, ROOM 702
HARRISBURG, PA 17121

EXECUTED ON: March 27, 2018

                                        Respectfully submitted by,

                                        /s/ Jim Peavler
                                        Counsel
                                        PA Department of Revenue
                                        Office of Chief Counsel
                                        PO Box 281061
                                        Harrisburg, PA 17128-1061
                                        Attorney I.D. 320663
                                        (717) 787-2747
                                        Facsimile (717) 772-1459
                                        RA-occbankruptcy1@state.pa.us