```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 16-00543-RNO
KDP Bellefonte, Inc.                                                Chapter 11
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-4          User: TWilson              Page 1 of 2           Date Rcvd: May 13, 2019
                              Form ID: nthrgreq          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
```
db              +KDP Bellefonte, Inc.,    771 Walnut Spring Lane,    State College, PA 16801-6568
cr              +CSU - OUCTS,   DEPARTMENT OF LABOR AND INDUSTRY,    651 BOAS STREET, ROOM 702,
                  HARRISBURG, PA 17121-0751
intp            +Dana T. Fonash,    771 Walnut Spring Lane,    State College, PA 16801-6568
cr              +Kish Bank,   30 Carriage House Lane,   Reedsville, PA 17084-9633
cr              +PA Department of Revenue,    Office of Attorney General,    15th Floor - Strawberry Square,
                  Harrisburg, PA 17120-0001
4753939         +Brenda S. Bisbop, Esquire,    Office of Attorney General,    Department of Revenue,
                  15th Floor, Strawberry Square,   Harrisburg, PA 17120-0001
4764866         +Campbell Hightower Adam,    4645 S. Lakeshore Dr., #11,   Tempe, AZ 85282-7152
4764867         +Centre County Gazette,    422 E. Cherry Ln.,   Bellefonte, PA 16823-1917
4764868         +Christopher Michelone, Esquire,    601 Hawthorne Dr., Ste. 2A,    Hollidaysburg, PA 16648-2212
4758790         +Christopher T. Michelone, Esquire,    McQuaide Blasko, Inc.,    601 Hawthorne Drive, Suite 2A,
                  Hollidaysburg, PA 16648-2212
4764869         +Cincinnati Insurance,    P.O. Box 145496,   Cincinnati, OH 45250-5496
4764870         +David & Dana Fonash,    771 Walnut Spring Ln.,    State College, PA 16801-6568
5012296         +David R and Dana T. Fonash,    c/o Kevin J. Petak, Esquire,
                  Spence, Custer, Saylor, Wolfe & Rose, LL,    1067 Menoher Boulevard,    Johnstown, PA 15905-2545
5011643         +David R. Fonash,   Dana T. Fonash,    c/o Kevin J. Petak, Esq.,    Spence Custer,
                  1067 Menoher Blvd.,    Johnstown, PA 15905-2545
4764871         +David R. Fonash,    771 Walnut Spring Ln.,    State College, PA 16801-6568
4764872         +Dunlap Street, LLC,    771 Walnut Spring Ln.,    State College, PA 16801-6568
4764874         #+Keg Logistics,    Denver HQ,   9360 Station St., Ste. 325,    Lone Tree, CO 80124-6811
4764875         +Kish Bank,   2610 Green Tech Dr.,    State College, PA 16803-2323
4752136         +Linda Mitten,   Commonwealth of Pennsylvania,    Department of Labor and Industry,
                  Collections Support Unit,    651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
4764876          Paul Kendeffy,    McBath St.,    State College, PA 16801
4764878          Roberts Oxygen,    380 W. College Ave.,    State College, PA 16801
4764879         +SEDA-COG,   201 Furnace Rd.,    Lewisburg, PA 17837-8043
4764880         +Seligman Friedman & Company,    1423 N. Atherton St.,    State College, PA 16803-3040
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: cio.bncmail@irs.gov May 13 2019 19:43:27     Internal Revenue Service,
                  PO Box 7346,   Philadelphia, PA 19101-7346
4752070         +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us May 13 2019 19:44:30      COMMONWEALTH OF PA  UCTS,
                  DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                  HARRISBURG, PA 17121-0751
4753901          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 13 2019 19:43:50
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
4764877         +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 13 2019 19:43:50
                  Pennsylvania Department of Revenue,    Dept. 280946,   Attn: Bankruptcy Division,
                  Harrisburg, Pennsylvania 17128-0001
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp*           +David R. Fonash,    771 Walnut Spring Lane,    State College, PA 16801-6568
4764873*        +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, Pennsylvania 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2019 at the address(es) listed below:

- Brenda Sue Bishop    on behalf of Creditor    PA Department of Revenue bbishop@attorneygeneral.gov, ARC-Court-MiddleDistrict@attorneygeneral.gov;RA-occbankruptcy6@state.pa.us
- Christopher Theodore Michelone    on behalf of Creditor    Kish Bank ctmichelone@mqblaw.com
- D Brian Simpson    on behalf of Defendant    United States Department of the Treasury d.brian.simpson@usdoj.gov, jennifer.johnson-sbert@usdoj.gov
- D Brian Simpson    on behalf of Defendant    United States Small Business Administration d.brian.simpson@usdoj.gov, jennifer.johnson-sbert@usdoj.gov
- Donald M Hahn    on behalf of Plaintiff    KDP Bellefonte, Inc. dhahn@nittanylaw.com
- Donald M Hahn    on behalf of Debtor 1    KDP Bellefonte, Inc. dhahn@nittanylaw.com
- Gregory Benjamin Schiller    on behalf of Service Addressee Anne Fiorenza Gregory.B.Schiller@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
- Gregory Benjamin Schiller    on behalf of Asst. U.S. Trustee    United States Trustee Gregory.B.Schiller@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
- Jim Peavler    on behalf of Creditor    PA Department of Revenue RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us
- Joshua I Goldman    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
- Kevin Joseph Petak    on behalf of Interested Party David R. Fonash kpetak@spencecuster.com, gbivens@spencecuster.com;mskunta@spencecuster.com;skosis@spencecuster.com
- Kevin Joseph Petak    on behalf of Interested Party Dana T. Fonash kpetak@spencecuster.com, gbivens@spencecuster.com;mskunta@spencecuster.com;skosis@spencecuster.com
- Thomas I Puleo    on behalf of Creditor    USAA Federal Savings Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
- United States Trustee    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

    KDP Bellefonte, Inc.
    fdba Gamble Mill Restaurant & Microbrewery

**Debtor 1**

Chapter: 11

Case number: 4:16−bk−00543−RNO

Document Number: 113

Matter: Motion to Convert Ch. 11 to Ch. 7, or in the alternative, Dismiss Ch. 11 Case

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on February 10, 2016.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street, Williamsport, PA 17701** | **Date: 6/21/19** <br><br> **Time: 10:00 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **June 3, 2019**.

Any objection/response filed will be heard at the above scheduled hearing.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 197 S Main St, Wilkes−Barre, PA 18701 OR <br> 228 Walnut St,Rm320,Harrisburg, PA 17101 <br> 570−831−2500/717−901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: TWilson, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 13, 2019 |

nthrgreq(02/19)