IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | No. 4-16-00542 |
| DUNLAP STREET, LLC, : | |
|     Debtor-in-Possession : | |
| : | Chapter 11 |
| DUNLAP STREET, LLC, a/k/a DUNLAP : | |
| ST., LLC, : | |
|     Movant : | |
|     VS. : | |
| : | Motion For Sale Free & Clear |
| CENTRE COUNTY TAX CLAIM BUREAU, : | |
| KISHACOQUILLAS VALLEY NATIONAL : | |
| BANK, UNITED STATES SMALL : | |
| BUSINESS ADMINISTRATION, SEDA-COG, : | |
| UNITED STATES DEPARTMENT OF THE : | |
| TREASURY, PENNSYLVANIA DEPARTMENT : | |
| OF REVENUE, PENNSYLVANIA : | |
| DEPARTMENT OF LABOR AND INDUSTRY, : | |
| BOROUGH OF BELLEFONTE, BELLEFONTE : | |
| AREA SCHOOL DISTRICT, and COUNTY : | |
| OF CENTRE, : | |
|     Respondents : | |

And

| | |
|---|---|
| IN RE: : | |
| : | No. 4-16-00543 |
| KDP BELLEFONTE, INC., : | |
|     Debtor-in-Possession : | |
| : | Chapter 11 |
| KDP BELLEFONTE, INC., : | |
|     Movant : | |
|     VS. : | |
| : | Motion For Sale Free & Clear |
| CENTRE COUNTY TAX CLAIM BUREAU, : | |
| KISHACOQUILLAS VALLEY NATIONAL : | |
| BANK, UNITED STATES SMALL : | |
| BUSINESS ADMINISTRATION, SEDA-COG, : | |
| UNITED STATES DEPARTMENT OF THE : | |
| TREASURY, PENNSYLVANIA DEPARTMENT : | |
| OF REVENUE, PENNSYLVANIA : | |
| DEPARTMENT OF LABOR AND INDUSTRY, : | |
| BOROUGH OF BELLEFONTE, BELLEFONTE : | |
| AREA SCHOOL DISTRICT, and COUNTY : | |
| OF CENTRE, : | |
|     Respondents : | |

CERTIFICATE OF SERVICE OF
MOTION TO SELL PROPERTY OF THE ESTATE
FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES
AND EXEMPT FROM PENNSYLVANIA REALTY TRANSFER TAX
AND ORDER OF MAY 21, 2019

I hereby certify that I am this day serving the above-captioned Motion and Order To Respond Dated May 21, 2019, upon the person(s) and in the manner indicated below:

Service by First-Class Mail Addressed as Follows:

Anne Fiorenza, Esquire
Assistant U.S. Trustee
228 Walnut St., Ste. 1190
Harrisburg, PA 17101

Christopher Michelone, Esquire
McQuaide Blasko, Inc.
601 Hawthorne Dr., Ste. 2A
Hollidaysburg, PA 16648
Attorney for Kishacoquillas
    Valley National Bank

CENTRE COUNTY
TAX CLAIM BUREAU
420 HOLMES ST.
BELLEFONTE, PA  16823

Office of the U.S. Attorney
Attn: Civil Process Clerk
P.O. Box 11754
Harrisburg, PA 17108

SMALL BUSINESS ADMIN.
2120 RIVERFRONT DR.
STE. 100
LITTLE ROCK, AR  72202

ROBERT WELCH, ESQUIRE
55 PLEASANT ST.
STE. 3101
CONCORD, NH 03301

SEDA-COG
201 FURNACE RD.
LEWISBURG, PA  17837

KAREN L. HACKMAN, ESQUIRE
1372 N. SUSQUEHANNA TRAIL
STE. 130
SELINSGROVE, PA  17870

PA. Dept. of Labor & Industry
Office of Chief Counsel
651 Boas Street
Harrisburg, PA 17121

PA. Dept. of Revenue
Office of Chief Counsel
Strawberry Square, 10th Floor
Harrisburg, PA 17128

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

PA. Attorney General
Strawberry Square
Harrisburg, PA 17120

U.S. Dept. of the Treasury
Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101

County of Centre
Attn: Finance Director
420 Holmes Street
Bellefonte, PA 16823

Borough of Bellefonte
Attn: Finance Director
236 W. Lamb St.
Bellefonte, PA 16801

Bellefonte Area School Dist.
Attn: Finance Director
318 N. Allegheny St.
Bellefonte, PA 16823

Case 4:16-bk-00543-RNO   Doc 124   Filed 05/22/19   Entered 05/22/19 16:46:53   Desc
Main Document     Page 2 of 3

DATED this _22nd____ day of _May_____, A.D., 20_19_.

_/s/ Donald M. Hahn_____