IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | No. 4-16-00542 |
| DUNLAP STREET, LLC, : | |
|     Debtor-in-Possession : | |
| : | Chapter 11 |
| DUNLAP STREET, LLC, a/k/a DUNLAP : | |
| ST., LLC, : | |
|     Movant : | |
|     VS. : | |
| : | Free & Clear Sale |
| CENTRE COUNTY TAX CLAIM BUREAU, : | |
| KISHACOQUILLAS VALLEY NATIONAL : | |
| BANK, UNITED STATES SMALL : | |
| BUSINESS ADMINISTRATION, SEDA-COG, : | |
| UNITED STATES DEPARTMENT OF THE : | |
| TREASURY, PENNSYLVANIA DEPARTMENT : | |
| OF REVENUE, PENNSYLVANIA : | |
| DEPARTMENT OF LABOR AND INDUSTRY, : | |
| BOROUGH OF BELLEFONTE, BELLEFONTE : | |
| AREA SCHOOL DISTRICT, and COUNTY : | |
| OF CENTRE, : | |
|     Respondents : | |

And

| | |
|---|---|
| IN RE: : | |
| : | No. 4-16-00543 |
| KDP BELLEFONTE, INC., : | |
|     Debtor-in-Possession : | |
| : | Chapter 11 |
| KDP BELLEFONTE, INC., : | |
|     Movant : | |
|     VS. : | |
| : | Free & Clear Sale |
| CENTRE COUNTY TAX CLAIM BUREAU, : | |
| KISHACOQUILLAS VALLEY NATIONAL : | |
| BANK, UNITED STATES SMALL : | |
| BUSINESS ADMINISTRATION, SEDA-COG, : | |
| UNITED STATES DEPARTMENT OF THE : | |
| TREASURY, PENNSYLVANIA DEPARTMENT : | |
| OF REVENUE, PENNSYLVANIA : | |
| DEPARTMENT OF LABOR AND INDUSTRY, : | |
| BOROUGH OF BELLEFONTE, BELLEFONTE : | |
| AREA SCHOOL DISTRICT, and COUNTY : | |
| OF CENTRE, : | |
|     Respondents : | |

<u>ORDER</u>

AND NOW, upon consideration of the Motion of the Debtors to shorten the notice period applicable to the Debtors' Notice of Sale to Creditors and Other Parties in Interest, wherein the Debtors seek authorization to sell certain property on or before June 21, 2019, it is accordingly

ORDERED that the notice period applicable to the Debtors' supplemental Notice of Sale to Creditors and Other Parties in Interest be, and it hereby is, shortened to seven (7) days.

Dated: May 28, 2019

By the Court,

*[signature]*

Robert N. Opel, II, Chief Bankruptcy Judge (BI)