```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                  Case No. 16-00543-RNO
KDP Bellefonte, Inc.                                                    Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-4     User: TWilson     Page 1 of 2     Date Rcvd: Jun 12, 2019
                  Form ID: pdf010     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2019.
      +Bellefonte Area School Dist.,   Attn: Finance Director,   318 N. Allegheny St.,
        Bellefonte, PA 16823-1679
      +Borough of Bellefonte,   Attn: Finance Director,   236 W. Lamb St.,   Bellefonte, PA 16823-1502
       CENTRE COUNTY TAX CLAIM BUREAU,   420 HOLMES ST.,   Harrisburg, PA 17108
      +County of Centre,   Attn: Finance Director,   420 Holmes Street,   Bellefonte, PA 16823-1401
       Office of the U.S. Attorney,   Attn: Civil Process Clerk,   P.O. Box 11754,
        BELLEFONTE, PA 16823
      +PA. Attorney General,   Strawberry Square,   Harrisburg, PA 17120-0001
       ROBERT WELCH, ESQUIRE,   55 PLEASANT ST. STE. 3101,   LITTLE ROCK, AR 72202
      +SEDACOG,   201 FURNACE RD.,   LEWISBURG, PA 17837-8043
       SMALL BUSINESS ADMIN.,   2120 RIVERFRONT DR. STE. 100,   CONCORD, NH 03301
      +U.S. Dept. of the Treasury,   Internal Revenue Service,   Post Office Box 7346,
        Philadelphia, PA 19101-7346

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
      +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jun 12 2019 19:11:19    Anne Fiorenza, Esquire,
        Assistant U.S. Trustee,   228 Walnut St., Ste. 1190,   Harrisburg, PA 17101-1722
      +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jun 12 2019 19:11:32
        PA. Dept. of Labor & Industry,   Office of Chief Counsel,   651 Boas Street,
        Harrisburg, PA 17121-0725
                                                                                        TOTAL: 2

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
       Christopher Michelone, Esquire McQuaide Blasko, In,   601 Hawthorne Dr., Ste. 2A Hollidaysburg,
        Attorney for Kishacoquillas Valley Natio
       KAREN L. HACKMAN, ESQUIRE,   1372 N. SUSQUEHANNA TRAIL STE. 130 SELIN
       PA. Dept. of Revenue,   Office of Chief Counsel,   Strawberry Square, 10th Floor Harrisburg
       U.S. Attorney General,   U.S. Department of Justice,   950 Pennsylvania Avenue, NW Washington,
                                                                                         TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2019 at the address(es) listed below:
       Brenda Sue Bishop   on behalf of Creditor   PA Department of Revenue bbishop@attorneygeneral.gov,
        ARC-Court-MiddleDistrict@attorneygeneral.gov;RA-occbankruptcy6@state.pa.us
       Christopher Theodore Michelone   on behalf of Creditor   Kish Bank ctmichelone@mqblaw.com
       D Brian Simpson   on behalf of Defendant   United States Department of the Treasury
        d.brian.simpson@usdoj.gov,   jennifer.johnson-sbert@usdoj.gov
       D Brian Simpson   on behalf of Defendant   United States Small Business Administration
        d.brian.simpson@usdoj.gov,   jennifer.johnson-sbert@usdoj.gov
       Donald M Hahn   on behalf of Plaintiff   KDP Bellefonte, Inc. dhahn@nittanylaw.com
       Donald M Hahn   on behalf of Debtor 1   KDP Bellefonte, Inc. dhahn@nittanylaw.com
       Gregory Benjamin Schiller   on behalf of Service Addressee Anne  Fiorenza
        Gregory.B.Schiller@usdoj.gov,   ustpregion03.ha.ecf@usdoj.gov
       Gregory Benjamin Schiller   on behalf of Asst. U.S. Trustee   United States Trustee
        Gregory.B.Schiller@usdoj.gov,   ustpregion03.ha.ecf@usdoj.gov
       Jim Peavler   on behalf of Creditor   PA Department of Revenue RA-occbankruptcy1@state.pa.us,
        RA-occbankruptcy6@state.pa.us
       Joshua I Goldman   on behalf of Creditor   USAA Federal Savings Bank bkgroup@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       Kevin Joseph Petak   on behalf of Interested Party David R. Fonash kpetak@spencecuster.com,
        gbivens@spencecuster.com;mskunta@spencecuster.com;skosis@spencecuster.com

```
District/off: 0314-4           User: TWilson              Page 2 of 2               Date Rcvd: Jun 12, 2019
                               Form ID: pdf010            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin Joseph Petak    on behalf of Interested Party Dana T. Fonash kpetak@spencecuster.com, gbivens@spencecuster.com;mskunta@spencecuster.com;skosis@spencecuster.com
          Thomas I Puleo    on behalf of Creditor   USAA Federal Savings Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                          TOTAL: 14

```
                    IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                               :
                                     :   No.  4-16-00542
DUNLAP STREET, LLC,                  :
       Debtor-in-Possession          :
                                     :   Chapter 11
DUNLAP STREET, LLC, a/k/a DUNLAP     :
ST., LLC,                            :
               Movant                :
          VS.                        :
                                     :   Free & Clear Sale
CENTRE COUNTY TAX CLAIM BUREAU,      :
KISHACOQUILLAS VALLEY NATIONAL       :
BANK, UNITED STATES SMALL            :
BUSINESS ADMINISTRATION, SEDA-COG,   :
UNITED STATES DEPARTMENT OF THE      :
TREASURY, PENNSYLVANIA DEPARTMENT    :
OF REVENUE, PENNSYLVANIA             :
DEPARTMENT OF LABOR AND INDUSTRY,    :
BOROUGH OF BELLEFONTE, BELLEFONTE    :
AREA SCHOOL DISTRICT, and COUNTY     :
OF CENTRE,                           :
               Respondents           :

And

IN RE:                               :
                                     :   No.  4-16-00543
KDP BELLEFONTE, INC.,                :
       Debtor-in-Possession          :
                                     :   Chapter 11
KDP BELLEFONTE, INC.,                :
               Movant                :
          VS.                        :
                                     :   Free & Clear Sale
CENTRE COUNTY TAX CLAIM BUREAU,      :
KISHACOQUILLAS VALLEY NATIONAL       :
BANK, UNITED STATES SMALL            :
BUSINESS ADMINISTRATION, SEDA-COG,   :
UNITED STATES DEPARTMENT OF THE      :
TREASURY, PENNSYLVANIA DEPARTMENT    :
OF REVENUE, PENNSYLVANIA             :
DEPARTMENT OF LABOR AND INDUSTRY,    :
BOROUGH OF BELLEFONTE, BELLEFONTE    :
AREA SCHOOL DISTRICT, and COUNTY     :
OF CENTRE,                           :
               Respondents           :
```

## ORDER

Upon consideration of the Motion of Dunlap Street, LLC, and KDP Bellefonte, Inc., Debtors-in-Possession herein, for authorization to sell certain property of the above-captioned estates free and clear of liens and encumbrances and exempt from Pennsylvania Realty Transfer Tax, and any answers thereto, it is accordingly

ORDERED that the buyer Virgilio Investments, LLC, be, and they hereby are, purchasers in good faith within, and entitled to the protection of, the U.S. Bankruptcy Code; and it is further

ORDERED that the Movant Dunlap Street, LLC, be, and it hereby is, authorized to sell real property located at 160 Dunlap Street, Bellefonte, Pennsylvania, as more particularly described in Centre County Record Book 2005, Page 824, to Virgilio Investments IV, LLC, or its assigns, for the sum of $470,000, exempt from Pennsylvania Realty Transfer Tax, to be paid in cash at the time of final settlement; and it is further

ORDERED that the Movant KDP Bellefonte, Inc., be, and it hereby is, authorized to sell personal property, including equipment, furnishings, machinery, liquor license, the name "The Gamble Mill", signs and other promotional material, to Virgilio Investments V, LLC, or its assigns, for the sum of $250,000, to be paid in cash at the time of final settlement; and it is further

ORDERED that said sale shall be free and clear of all liens and encumbrances; and it is further

ORDERED that from the proceeds of sale the Movant is authorized to pay those expenses set forth in paragraph 5 of the said Motion.

Dated: June 12, 2019

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (BI)