```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                        Case No. 16-00543-RNO
KDP Bellefonte, Inc.                                          Chapter 11
        Debtor              CERTIFICATE OF NOTICE
District/off: 0314-4      User: CourtneyW       Page 1 of 2        Date Rcvd: Dec 13, 2019
                          Form ID: pdf010       Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.

```
db          +KDP Bellefonte, Inc.,    771 Walnut Spring Lane,    State College, PA 16801-6568
cr          +CSU - OUCTS,    DEPARTMENT OF LABOR AND INDUSTRY,    651 BOAS STREET, ROOM 702,
              HARRISBURG, PA 17121-0751
intp        +Dana T. Fonash,    771 Walnut Spring Lane,    State College, PA 16801-6568
cr          +Kish Bank,    30 Carriage House Lane,    Reedsville, PA 17084-9633
cr          +PA Department of Revenue,    Office of Attorney General,    15th Floor - Strawberry Square,
              Harrisburg, PA 17120-0001
4753939     +Brenda S. Bisbop, Esquire,    Office of Attorney General,    Department of Revenue,
              15th Floor, Strawberry Square,    Harrisburg, PA 17120-0001
4764866     +Campbell Hightower Adam,    4645 S. Lakeshore Dr., #11,    Tempe, AZ 85282-7152
4764867     +Centre County Gazette,    422 E. Cherry Ln.,    Bellefonte, PA 16823-1917
4764868     +Christopher Michelone, Esquire,    601 Hawthorne Dr., Ste. 2A,    Hollidaysburg, PA 16648-2212
4758790     +Christopher T. Michelone, Esquire,    McQuaide Blasko, Inc.,    601 Hawthorne Drive, Suite 2A,
              Hollidaysburg, PA 16648-2212
4764869     +Cincinnati Insurance,    P.O. Box 145496,    Cincinnati, OH 45250-5496
4764870     +David & Dana Fonash,    771 Walnut Spring Ln.,    State College, PA 16801-6568
5012296     +David R and Dana T. Fonash,    c/o Kevin J. Petak, Esquire,
              Spence, Custer, Saylor, Wolfe & Rose, LL,    1067 Menoher Boulevard,    Johnstown, PA 15905-2545
5011643     +David R. Fonash,    Dana T. Fonash,    c/o Kevin J. Petak, Esq.,    Spence Custer,
              1067 Menoher Blvd.,    Johnstown, PA 15905-2545
4764871     +David R. Fonash,    771 Walnut Spring Ln.,    State College, PA 16801-6568
4764872     +Dunlap Street, LLC,    771 Walnut Spring Ln.,    State College, PA 16801-6568
4764874    #+Keg Logistics,    Denver HQ,    9360 Station St., Ste. 325,    Lone Tree, CO 80124-6811
4764875     +Kish Bank,    2610 Green Tech Dr.,    State College, PA 16803-2323
4752136     +Linda Mitten,    Commonwealth of Pennsylvania,    Department of Labor and Industry,
              Collections Support Unit,    651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
4764876      Paul Kendeffy,    McBath St.,    State College, PA 16801
4764878      Roberts Oxygen,    380 W. College Ave.,    State College, PA 16801
4764879     +SEDA-COG,    201 Furnace Rd.,    Lewisburg, PA 17837-8043
4764880     +Seligman Friedman & Company,    1423 N. Atherton St.,    State College, PA 16803-3040
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: cio.bncmail@irs.gov Dec 13 2019 19:10:55     Internal Revenue Service,
              PO Box 7346,    Philadelphia, PA 19101-7346
4752070     +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Dec 13 2019 19:11:25      COMMONWEALTH OF PA  UCTS,
              DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
              HARRISBURG, PA 17121-0751
4753901      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2019 19:11:04
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
4764877     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2019 19:11:04
              Pennsylvania Department of Revenue,    Dept. 280946,    Attn: Bankruptcy Division,
              Harrisburg, Pennsylvania 17128-0001
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp*       +David R. Fonash,    771 Walnut Spring Lane,    State College, PA 16801-6568
4764873*    +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, Pennsylvania 19101-7346
                                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2019 at the address(es) listed below:

    Brenda Sue Bishop   on behalf of Creditor   PA Department of Revenue bbishop@attorneygeneral.gov, ARC-Court-MiddleDistrict@attorneygeneral.gov
    Christopher Theodore Michelone   on behalf of Creditor   Kish Bank ctmichelone@mqblaw.com
    D Brian Simpson   on behalf of Defendant   United States Department of the Treasury d.brian.simpson@usdoj.gov, jennifer.sbert@usdoj.gov
    D Brian Simpson   on behalf of Defendant   United States Small Business Administration d.brian.simpson@usdoj.gov, jennifer.sbert@usdoj.gov
    Donald M Hahn   on behalf of Plaintiff   KDP Bellefonte, Inc. dhahn@nittanylaw.com
    Donald M Hahn   on behalf of Debtor 1   KDP Bellefonte, Inc. dhahn@nittanylaw.com
    Gregory Benjamin Schiller   on behalf of Service Addressee Anne Fiorenza Gregory.B.Schiller@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
    Gregory Benjamin Schiller   on behalf of Asst. U.S. Trustee   United States Trustee Gregory.B.Schiller@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
    Jim Peavler   on behalf of Creditor   PA Department of Revenue RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us
    Joshua I Goldman   on behalf of Creditor   USAA Federal Savings Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    Kevin Joseph Petak   on behalf of Interested Party David R. Fonash kpetak@spencecuster.com, gbivens@spencecuster.com;mskunta@spencecuster.com;skosis@spencecuster.com
    Kevin Joseph Petak   on behalf of Interested Party Dana T. Fonash kpetak@spencecuster.com, gbivens@spencecuster.com;mskunta@spencecuster.com;skosis@spencecuster.com
    Thomas I Puleo   on behalf of Creditor   USAA Federal Savings Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov

    TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| KDP BELLEFONTE, INC., | : | CASE NO.: 4:16-bk-00543-RNO |
| | : | |
|    Debtor-In-Possession | : | |
| | : | |
| ANDREW R. VARA | : | |
| ACTING UNITED STATES TRUSTEE, | : | |
| | : | |
|    Movant | : | |
| | : | |
|    vs. | : | |
| | : | |
| KDP BELLEFONTE, INC., | : | |
| | : | |
|    Respondent | : | |

## ORDER

Upon consideration of the Motion of the United States Trustee for Order Converting Debtor's Chapter 11 Case to a Case Under Chapter 7, or, in the Alternative, Dismissing Debtor's Chapter 11 Case, and the Debtor's Answer thereto, after hearing held on December 13, 2019, it is

ORDERED that with the Debtor's consent, the within bankruptcy case will be dismissed within thirty (30) days of the date of this Order, conditioned upon the Debtor paying the outstanding filing fee due in Adversary Proceeding No. 4-18-ap-00087 RNO.

Dated: December 13, 2019

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (BI)