```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 16-00543-RNO
KDP Bellefonte, Inc.                                                Chapter 11
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-4          User: AutoDocke              Page 1 of 2                   Date Rcvd: Jan 22, 2020
                              Form ID: pdf010              Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
```
db             +KDP Bellefonte, Inc.,    771 Walnut Spring Lane,    State College, PA 16801-6568
cr             +CSU - OUCTS,    DEPARTMENT OF LABOR AND INDUSTRY,    651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0751
intp           +Dana T. Fonash,    771 Walnut Spring Lane,    State College, PA 16801-6568
cr             +Kish Bank,    30 Carriage House Lane,    Reedsville, PA 17084-9633
cr             +PA Department of Revenue,    Office of Attorney General,    15th Floor - Strawberry Square,
                 Harrisburg, PA 17120-0001
4753939        +Brenda S. Bisbop, Esquire,    Office of Attorney General,    Department of Revenue,
                 15th Floor, Strawberry Square,    Harrisburg, PA 17120-0001
4764866        +Campbell Hightower Adam,    4645 S. Lakeshore Dr., #11,    Tempe, AZ 85282-7152
4764867        +Centre County Gazette,    422 E. Cherry Ln.,    Bellefonte, PA 16823-1917
4764868        +Christopher Michelone, Esquire,    601 Hawthorne Dr., Ste. 2A,    Hollidaysburg, PA 16648-2212
4758790        +Christopher T. Michelone, Esquire,    McQuaide Blasko, Inc.,    601 Hawthorne Drive, Suite 2A,
                 Hollidaysburg, PA 16648-2212
4764869        +Cincinnati Insurance,    P.O. Box 145496,    Cincinnati, OH 45250-5496
4764870        +David & Dana Fonash,    771 Walnut Spring Ln.,    State College, PA 16801-6568
5012296        +David R and Dana T. Fonash,    c/o Kevin J. Petak, Esquire,
                 Spence, Custer, Saylor, Wolfe & Rose, LL,    1067 Menoher Boulevard,    Johnstown, PA 15905-2545
5011643        +David R. Fonash,    Dana T. Fonash,    c/o Kevin J. Petak, Esq.,    Spence Custer,
                 1067 Menoher Blvd.,    Johnstown, PA 15905-2545
4764871        +David R. Fonash,    771 Walnut Spring Ln.,    State College, PA 16801-6568
4764872        +Dunlap Street, LLC,    771 Walnut Spring Ln.,    State College, PA 16801-6568
4764875        +Kish Bank,    2610 Green Tech Dr.,    State College, PA 16803-2323
4752136        +Linda Mitten,    Commonwealth of Pennsylvania,    Department of Labor and Industry,
                 Collections Support Unit,    651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
4764876         Paul Kendeffy,    McBath St.,    State College, PA 16801
4764878         Roberts Oxygen,    380 W. College Ave.,    State College, PA 16801
4764879        +SEDA-COG,    201 Furnace Rd.,    Lewisburg, PA 17837-8043
4764880        +Seligman Friedman & Company,    1423 N. Atherton St.,    State College, PA 16803-3040
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: cio.bncmail@irs.gov Jan 22 2020 19:19:12      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA   19101-7346
4752070        +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jan 22 2020 19:19:32      COMMONWEALTH OF PA  UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0751
4753901         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 22 2020 19:19:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA   17128-0946
4764877        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 22 2020 19:19:16
                 Pennsylvania Department of Revenue,    Dept. 280946,    Attn: Bankruptcy Division,
                 Harrisburg, Pennsylvania 17128-0001
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp*          +David R. Fonash,    771 Walnut Spring Lane,    State College, PA 16801-6568
4764873*       +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, Pennsylvania 19101-7346
4764874       ##+Keg Logistics,    Denver HQ,    9360 Station St., Ste. 325,    Lone Tree, CO 80124-6811
                                                                                              TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                    Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2020 at the address(es) listed below:

- Brenda Sue Bishop on behalf of Creditor PA Department of Revenue bbishop@attorneygeneral.gov, ARC-Court-MiddleDistrict@attorneygeneral.gov
- Christopher Theodore Michelone on behalf of Creditor Kish Bank ctmichelone@mqblaw.com
- D Brian Simpson on behalf of Defendant United States Department of the Treasury d.brian.simpson@usdoj.gov, jennifer.sbert@usdoj.gov
- D Brian Simpson on behalf of Defendant United States Small Business Administration d.brian.simpson@usdoj.gov, jennifer.sbert@usdoj.gov
- Donald M Hahn on behalf of Plaintiff KDP Bellefonte, Inc. dhahn@nittanylaw.com
- Donald M Hahn on behalf of Debtor 1 KDP Bellefonte, Inc. dhahn@nittanylaw.com
- Gregory Benjamin Schiller on behalf of Service Addressee Anne Fiorenza Gregory.B.Schiller@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
- Gregory Benjamin Schiller on behalf of Asst. U.S. Trustee United States Trustee Gregory.B.Schiller@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
- Jim Peavler on behalf of Creditor PA Department of Revenue RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us
- Joshua I Goldman on behalf of Creditor USAA Federal Savings Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
- Kevin Joseph Petak on behalf of Interested Party David R. Fonash kpetak@spencecuster.com, gbivens@spencecuster.com;mskunta@spencecuster.com;skosis@spencecuster.com
- Kevin Joseph Petak on behalf of Interested Party Dana T. Fonash kpetak@spencecuster.com, gbivens@spencecuster.com;mskunta@spencecuster.com;skosis@spencecuster.com
- Thomas I Puleo on behalf of Creditor USAA Federal Savings Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
- United States Trustee ustpregion03.ha.ecf@usdoj.gov

TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| KDP BELLEFONTE, INC., | : | CASE NO.: 4:16-bk-00543-RNO |
| Debtor-In-Possession | : | |
| ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, | : | |
| Movant | : | |
| vs. | : | |
| KDP BELLEFONTE, INC., | : | |
| Respondent | : | |

### ORDER

Upon consideration of the Motion Of The United States Trustee For Order Converting Debtor's Chapter 11 Case To A Case Under Chapter 7, Or, In The Alternative, Dismissing Debtor's Chapter 11 Case, and this Court's Order dated December 12, 2019, filed to Docket No. 146, it is

ORDERED that based upon the payment of the filing fee in Adversary Case No. 4-18-ap-00087 RNO on January 8, 2020, the underlying bankruptcy case is hereby DISMISSED.

Dated: January 22, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge   BI